Sandford L. Frey (State Bar No. 117058)
Alan M. Kindred (State Bar No. 135145)
**LEECH TISHMAN FUSCALDO & LAMPL, INC.**
200 S. Los Robles Avenue, Suite 300
Pasadena, California 91101
Telephone: (626) 796-4000; Facsimile: (626) 795-6321
E-mail: *sfrey@leechtishman.com; AKindred@LeechTishman.com*
Special Bankruptcy Counsel for Plaintiff

Boris Treyzon, Esq. (SBN 188893)
*btreyzon@actslaw.com*
**ABIR COHEN TREYZON SALO, LLP**
16001 Ventura Blvd., Suite 200
Encino, California 91436
T: (424) 288-4367
Attorneys for David Levin, as Trustee to the Stolyarov Family Trust, Successor in Interests to Katerina Stolyarov and Leonid Stolyarov

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MARIA KRISTUL<br><br>Debtor<br><hr>DAVID LEVIN, AS TRUSTEE TO THE STOLYAROV FAMILY TRUST, SUCCESSOR IN INTERESTS TO KATERINA STOLYAROV AND LEONID STOLYAROV<br><br>                Plaintiff,<br>v.<br><br>MARIA KRISTUL aka MARIA KRISHTYL, an individual,<br><br>                Defendants. | **CASE NO. 20-30238 HLB 7**<br><br>**A.P. NO. 20-03061**<br><br>**PLAINTIFF'S NOTICE OF HEARING ON MOTION AND MOTION FOR LEAVE TO AMEND OR WITHDRAW ADMISSIONS**<br><br>Date:      November 18, 2022<br>Time:     10:30 a.m.<br>Location:  REMOTE<br><br>**F.R.C.P. 36** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff David Levin, as Trustee to The Stolyarov Family Trust, Successor in Interests to Katerina Stolyarov and Leonid Stolyarov has filed a *MOTION AND MOTION FOR LEAVE TO AMEND OR WITHDRAW ADMISSIONS*. The Plaintiff's Motion is based on this notice, the accompanying Points and Authorities, and the Declarations of Boris Treyzon, Esq. and Scott E. McClain, Esq. A Hearing shall occur on November 18,2022 at 10:30 a.m before Honorable Dennis Montali, United States Bankruptcy Court, Courtroom 17, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA, 94102, via **remote or telephone appearance.**

                                    **ABIR COHEN TREYZON SALO, LLP**

Dated: November 1, 2022             By: //s// Boris Treyzon
                                                                 Boris Treyzon, Esq.
                                                                 Attorneys for Plaintiff